**Exhibit A - Romeo Mouawad**
**Transactions with Receivership Entities**

**Horion Investment Ltd. Transfers**

| No. | Date | Entity Name | Transferee | Amount | |
|---|---|---|---|---|---|
| 1 | 05/08/09 | MKV | Horion Investment Ltd. | $ | (6,957,000) |
| 2 | 05/14/09 | MKV | Horion Investment Ltd. | | (5,795,000) |
| 3 | 06/22/09 | MKV | Horion Investment Ltd. | | (11,064,825) |
| 4 | 07/01/09 | MKV | Horion Investment Ltd. | | (4,688,600) |
| | | | **Total Transactions with Horion Investment Ltd.** | **$** | **(28,505,425)** |