UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> PIERO ENRIQUE MONTELLI TORRES, INVERPLUS SOCIEDAD DE CORRETAJE DE TITULOS VALORES, C.A., IVP OVERSEAS LTD., ROMEO MIKAEL MOUAWAD MOUAWAD, JESPA MAWAD DE MOUAWAD, TANIA MOUAWAD MAWAD, MIGUEL ANTONIO MOUAWAD MAWAD, HORION INVESTMENT LTD., GRIMSEL GROUP LTD., and M. HOLDING S.A., <br><br> Defendants. | Case No. 3:13-CV-00660-SRU <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> December 16, 2013 |

## AFFIRMATION OF SERVICE

I, Kendall Wangsgard, Esq., affirm as follows:

1.      I am an attorney at law duly licensed to practice in the state of New York and I am affiliated with the Law Firm of BakerHostetler, LLP, counsel to John J. Carney, Esq. as Receiver, Plaintiff in the above-captioned action.

2.      On September 3, 2013 I mailed to the United States Central Authority two identical sets of documents for service on Piero Enrique Montelli Torres in Argentina. Each set of documents included the following, with certified translations into Spanish: Amended Complaint, dated July 3, 2013, with relevant exhibit; Summons in a Civil Case, dated July 8, 2013; Order on Pretrial Deadlines, filed May 8, 2013; Electronic Filing Order in Civil Cases, filed May 8, 2013; Standing Protective Order, filed May 8, 2013; Notice to Counsel and Pro Se Parties, filed May 9, 2013; and Notice of Related Cases, filed May 8, 2013.

3.      At that time, I also instructed the United States Central Authority to forward the enclosed documents, as well as all required forms, to the Central Authority in Argentina for service in accordance with Article 5 of the Hague Convention on the Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters.

4.      On November 19, 2013 BakerHostetler received back from the United States Central Authority completed letters rogatory evidencing service on Piero Enrique Montelli Torres in Venezuela.

5.      The documentation received confirms personal service on Piero Enrique Montelli Torres pursuant to the Hague Convention on the Service Abroad of Judicial or Extrajudicial Documents. Service in this manner satisfies the requirements of Federal Rule of Civil Procedure 4(f)(1).

6.      Attached as Exhibit A is a true and correct copy of the documentation received from the United States Central Authority evidencing this service.

7.      For the convenience of the Court and the parties, attached as Exhibit B is a certified translation of certain Spanish-language portions of Exhibit A, specifically pages 8, 10, 12, 13, 14, 15, 16, and 17.

8.      I declare under penalty of perjury that the foregoing is true and correct based upon my own inspection and other reasonable inquiry under the circumstances, to the best of my knowledge, information, and belief.

Executed this 16th Day of December, 2013.
Washington, D.C.

By: _____
Kendall E. Wangsgard