# EXHIBIT A

"2013 - AÑO DEL BICENTENARIO DE LA ASAMBLEA GENERAL CONSTITUYENTE DE 1813"



Ministerio de Relaciones Exteriores y Culto

Sirvase citar Carpe. 2641/13

Nota N° 13656/2013

Buenos Aires, 0 1 NOV 2013

Process Forwarding International
633 Yesler Way
Seattle, Way 0.
98104 USA

Re; Notification to PIERO ENRIQUE MONTELLI TORRES.

In our capacity as Argentine Central Authority for the Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965, we are sending you the letter rogatory, forwarded by the competente Argentine Authorities, duly executed.

Yours sincerely,

Documentation attached in 10 pages
Vco

HORACIO A. BASABE
Embajador
Director de Asistencia Jurídica Internacional

Generado por DAJINGES BNO:14662/2013
Carpeta 2641/2013

# REPUBLICA ARGENTINA
# PODER JUDICIAL DE LA NACION

Expte. N°: **E21   105300 / 2013**

JUZG. NAC. DE 1RA. INST. EN LO COMERCIAL N° 11

Fecha Asignación   08/10/2013   | SECRETARIA N° 21 |

## CARNEY JOHN J. C/ MONTELLI TORRES PIERO ENRIQUE

## EXHORTO

**Monto del Juicio:**

| Sala: | Juez: | Dr. Fernando I. Saravia |
| | Secretario: | Dra. Jimena Diaz Cordero |
| | Representante: | |
| | Fiscalía: | |
| | Asesoría: | |
| | Defensoría: | |

# REPÚBLICA  ARGENTINA

## PODER JUDICIAL DE LA NACION
## JUSTICIA NACIONAL EN LO CIVIL

EXPTE N°: 78.577/2.013  **JUZGADO N° 19**

FECHA ASIGNACION: 20/ 9 /2.013

Asig:                                    PALACIO 6to. PISO

Sorteo

# CARNEY JOHN J.

CONTRA

# MONTELLI TORRES PIERO ENIQUE

SOBRE

# EXHORTO

PROCESO ESPECIAL                                    Cat:o
                                                    Cod:199

JUEZ EXHORTANTE: DRA WANG ONA T.
FUERO: JUZGADO DE DISTRITO DE CONNECTICUT
JURISDICCION: ESTADOS UNIDOS DE AMERICA

JUEZ: **Pablo Tripoli**

SALA :  SECRETARIO: Maria Belen Puebla

FISCALIA N°:   3 S Dr/a: Raquel Elena Mercante
ASESORIA N°:   2 S Dr/a: Atilio Alvarez

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
|  **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983 which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | MINISTRY OF FOREIGN AFFAIRS-ARGENTINA<br>INTERNATIONAL TRADE AND WORSHIP<br>ESMERALDA 1212<br>C1007ABR<br>BUENOS AIRES, ARGENTINA |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

PIERO ENRIQUE MONTELLI TORRES
AV. FIGUEROA ALCORTA
3351 LOFT 7 PISO PB
BUENOS AIRES C1425CKM
ARGENTINA

DOB:            Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*
_____

☐ by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.

Hearing Date:
List of documents:
FIRST AMENDED COMPLAINT; EXHIBIT A; SUMMONS IN A CIVIL CASE; ORDER ON PRETRIAL DEADLINES; STANDING PROTECTIVE ORDER; NOTICE TO COUNSEL AND PRO SE PARTIES; NOTICE OF RELATED CASES

Done at Seattle, Washington USA, on Sep 4 2013

Signature and/or stamp



  TRACKING #: 7979264

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

2

# CERTIFICATE

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**

1) that the document has been served*
    the (date) _____
    at (place, street, number) _____
    _____

    in one of the following methods authorized by article 5:

    ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

    ☐ (b) in accordance with the following particular method:*
    _____

    ☐ (c) by delivery to the addressee, who accepted it voluntarily.*

    The documents referred to in the request have been delivered to:
    (identity and description of person)
    _____

    relationship to the addressee family, business, or other
    _____

2) that the document has not been served, by reason of the following facts:*
    _____
    _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:
_____
_____
_____

Done at _____, the _____

Signature and/or stamp

_____

In appropriate cases, documents establishing the service:
_____
_____
_____


TRACKING #: 7979264

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

3

# SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

(article 5, fourth paragraph)

Name and address of the requesting authority: Rick Hamilton
633 Yesler Way
Seattle, WA 98104
United States of America

Particulars of the parties:

JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER FOR MICHAEL KENWOOD GROUP, LLC, ET AL.   vs.   PIERO ENRIQUE MONTELLI TORRES, ET AL.

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the defendant of the institution of a complaint for civil damages

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to recover civil damages and other relief; amount to be determined in court

Date and place for entering appearance:*
Defendant has 21 days from the date of service to file a written response to the address located in the summons

Court which has given judgment:*
N/A

Date of judgment:*
N/A

Time limits stated in the document:*
    Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
N/A

Time limits stated in the document:*
N/A


TRACKING #: 7979264

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

4

## SUMMARY OF THE DOCUMENT TO BE SERVED

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th 0f November 1965

(Article 5, fourth paragraph)

**Identité et adresse du destinataire / *Identity and address of the addressee* / -----:**

> PIERO ENRIQUE MONTELLI TORRES
> AV. FIGUEROA ALCORTA
> 3351 LOFT 7 PISO PB
> BUENOS AIRES C1425CKM
> ARGENTINA

### IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES «ELEMENTS ESSENTIELS DE L'ACTE» VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MEME DU DOCUMENT. IL PEUT ETRE NECESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITE D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE SOIT DANS VOTRE PAYS SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITES D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE PEUVENT ETRE ADRESSEES A :

### IMPORTANT

*THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.*

*IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.*

*ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:*

UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'Etat d'origine de l'acte. Les blancs pourraient être remplis soit dans la langue de l'Etat où le document doit être adressé, soit en langue française, soit en langue anglaise.

*It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the documents is to be sent, or in English or French.*



TRACKING #: 7979264

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

"2013 - AÑO DEL BICENTENARIO DE LA ASAMBLEA GENERAL CONSTITUYENTE DE 1813"



Ministerio de Relaciones Exteriores y Culto

Nota Nro 11292/2013

Sírvase Citar Carpe. Dajin   2641/13

Buenos Aires, 18 SET 2013

Al Sr. Juez a cargo del Juzgado Nacional
de Primera Instancia en lo Comercial, en Turno
S------------------------------/------------------------D

       Tengo el agrado de dirigirme a Usted, con el objeto de remitirle el exhorto proveniente de los Estados Unidos de America, relativo a la notificación del Sr. Piero Enrique Montelli Torres, para su diligenciamiento.

       Dicha rogatoria se libra en los términos de la Convención sobre notificación de documentos judiciales y extrajudiciales, en materia Civil o Comercial, aprobado por ley 25.097.

       El objeto de la solicitud consiste en notificar al Sr. Piero Enrique Montelli Torresen el domicilio mencionado en el cuerpo del exhorto.

       Dicha rogatoria tramitaran de oficio, por lo tanto se solicita que una vez diligenciada sea remitida a esta Dirección para su posterior remisión al Juzgado Exhortante.

       Saludo a Ud. muy atentamente.

Adj. fs  ( 1 anexo)
vco



HORACIO A. BASABE
Embajador
Director de Asistencia Jurídica Internacional



Poder Judicial de la Nación

## JUZGADO CIVIL 19

73577/2013

CARNEY JOHN J. C/ MONTELLI TORRES PIERO ENIQUE s/ EXHORTO

Buenos Aires, septiembre 30 de 2013.- ISB fs.

**AUTOS Y VISTOS:** Por recibido.

En atención a lo que resulta de la pieza de fs. 5 elévense los autos a la Excma. Cámara Nacional de Apelaciones en lo Comercial, a los fines de su sorteo y posterior adjudicación. Sirva la presente de atenta nota de remisión.-

PABLO TRIPOLI
JUEZ

CAMARA NACIONAL DE
APELACIONES ... COMERCIAL
11
3 OCT 2013
12

Con sobre grande
N° 78519/13

ALEJANDRO CORDOBA
PROSECRETRIO

Bs. As. 9/10/13   pase este expediente al
Juzgado originario.
Con sobre gde N° 78519

ALEJANDRO CORDOBA
PROSECRETRIO

Notif.!
4/10/13  c/sobre

**PODER JUDICIAL DE LA NACION**

105300/13 - CARNEY JOHN J. C/ MONTELLI TORRES PIERO ENRIQUE S/ EXHORTO

Juzgado 11 - Secretaría N° SEC21

Buenos Aires, 8 de octubre de 2013.a.b.

    1. Por recibido.

    2. Sin perjuicio a la jurisdicción del Tribunal, dese curso a la presente rogatoria.

    3. Notifíquese por Secretaria el presente exhorto, al Sr. Montelli Torres Piero Enrique en el domicilio de la Av. Figueroa Alcorta 3351 loft 7 piso PB.

    En virtud de lo dispuesto en la resolución N° 3909/10 dictada por la Excma. Corte Suprema de Justicia de la Nación, resérvese las copias de traslado en Secretaria y déjese constancia en el texto de la cedula ordenada precedentemente a fin de que sean retiradas por la demandada en los términos de la resolución citada.

    4. Fecho, devuélvanse las actuaciones al Juzgado de origen. s/edo: "aviso" vale.-

**FERNANDO I. SARAVIA**
**JUEZ**

NOTA: En el día de la fecha se reservo la demanda, bajo el sobre Nª 105300 (G). Conste

**JIMENA DIAZ CORDERO**
**SECRETARIA**

Adele Alonso

En fecha 22 de Octubre de 2013 yo, Piero Enrique Montelli Torres DNI 94.665.687 declaro haber retirado copia de la demanda que cursa en mi contra en la corte de CT. USA, todo esto en perjuicio de la jurisdicción de dicha corte sobre mi persona.

Piero Montelli

JIMENA DÍAZ CORDERO
SECRETARIA

# PODER JUDICIAL DE LA NACION

Fecha: 10 de octubre de 2013
Se generaron Actuaciones del tipo : CEDULA
a las siguientes actuaciones :
          JNM11 E21  105300/ 13   (CEDULA 112393/ 13) - MONTELLI TORRES PIERO ENRIQUE
          CARNEY JOHN J. C/ MONTELLI TORRES PIERO ENRIQUE S/ EXHORTO

MALVA GRACIELA RODRIGUEZ
PROSECRETARIA ADMINISTRATIVA

# PODER JUDICIAL DE LA NACION



## CO  PODER JUDICIAL DE LA NACION

**Tribunal:** Juzgado Nacional de Primera Instancia en lo Comercial N° 11
**Av. Callao 635 Piso 5° – Capital Federal**

**CEDULA DE NOTIFICACION**

**FECHA DE RECEPCION EN NOTIFICACIONES:**

**Sr.:** MONTELLI TORRES PIERO ENRIQUE

**Domicilio:** FIGUEROA ALCORTA JOSE 3351 LOFT. 7 PISO PB

**Tipo del domicilio:** DENUNCIADO

**SELLO DEL FUERO**

**Carácter: NORMAL**
(urgente, notificar en el día, habilitación de día y hora inhábil)

**Observaciones Especiales:**

112393

| N° Orden | Expediente N° | Zona | Fuero | Juzgado/Sala | Secret. | Copias | Personal | Observaciones |
|---|---|---|---|---|---|---|---|---|
| 1 | E21 105300/13 | 167 | COM | 11 | 21 | NO | NO | |

Rez.: Notif. Negativa:

Hago saber a Ud. que en el expediente caratulado "CARNEY JOHN J. C/ MONTELLI TORRES PIERO ENRIQUE S/ EXHORTO" que se tramita por ante este Tribunal se ha dictado la siguiente resolución: Buenos Aires, 8 de octubre de 2013.a.b.  1. Por recibido.  2. Sin perjuicio a la jurisdicción del Tribunal, dese curco a la presente rogatoria.  3. Notifíquese por Secretaria el presente exhorto, al Sr. Montelli Torres Piero Enrique en el domicilio de la Av. Figueroa Alcorta 3351 loft 7 piso PB. En virtud de lo dispuesto en la resolución N° 3909/10 dictada por la Excma. Corte Suprema de Justicia de la Nación, resérvese las copias de traslado en Secretaria y déjese constancia en el texto de la cedula ordenada precedentemente a fin de que sean retiradas por la demandada en los términos de la resolución citada.  4. Fecho, devuélvanse las actuaciones al Juzgado de origen.  FERNANDO I. SARAVIA  JUEZ NOTA: En el día de la fecha se reservo la demanda, bajo el sobre N° 105300 (G). Conste  JIMENA DIAZ CORDERO  SECRETARIA
Fdo.: FERNANDO SARAVIA (JUEZ).-

**QUEDA USTED NOTIFICADO**
Buenos Aires, 10/10/2013

**Malva Graciela Rodriguez**
**Prosecretaria Administrativa**

Doy fe que:

En __15 DIC. 2013__ siendo las __16 30__ hs. me constituí en el domicilio indicado requiriendo la presencia de _____ nte.iendo y respondiéndo..e : mis llamados, quien dijo ei Secretaria _____ me manifestó que aquel no vive allí, procedí a notificarle haciéndole _____ de lo duplicado de igual tenor a la presente _____ copia previa lectura y recibiéndose ella _____ _____ horario inamovible.

1 VM do voc

Luis M. Idoyaga Molina
OFICIAL NOTIFICADOR

# PODER JUDICIAL DE LA NACION

**E21 105300/13 "CARNEY JOHN J. C/ MONTELLI TORRES PIERO ENRIQUE S/ EXHORTO"**
JUZGADO N° 11, SECRETARIA N° SEC21

Buenos Aires, 24 de octubre de 2013. m.-

Atento constancias y estado de la presente rogatoria, remítase al Ministerio de Relaciones Exteriores y Culto a sus efectos. Sirva la presente de atenta nota de envío.-

**FERNANDO I. SARAVIA**
**JUEZ**

En 29 de octubre de 2013, remito el presente exhorto al Ministerio de relaciones y Culto, tal como se ordenó precedentemente. Conste.-

**MALVA GRACIELA RODRIGUEZ**
**PROSECRETARIA**