# EXHIBIT B

"2013- BICENTENNIAL YEAR OF THE GENERAL CONSTITUTIONAL ASSEMBLY OF 1813"



**Ministry of Foreign Relations and Religious Affairs**

Memo No.[Handwritten:11292/2013]

Please reference DAJIN File     2641/13

Buenos Aires,[Stamp: SEPT 16 2013]

To the Honorable Judge presiding over the National Civil Court of First Instance, of Turn
S----------------------------/------------------------D

        I have the pleasure to address you, with the purpose of remitting the letter rogatory from the United States of America, concerning the notification of Mr. Piero Enrique Montelli Torres, for its processing.

        Such rogatory is issued in the terms of the Agreement regarding the notification of legal and extrajudicial documents, of Civil or Commercial nature, approved by Law 25.097.

        The purpose of the request consists of notifying Mr. Piero Enrique Montelli Torresen from the domicile mentioned in the body of the letter rogatory.

        Such rogatory shall be processed as an official notification, therefore it is requested that it be remitted to this address once it has been processed for its subsequent remission to the Requesting Court.

Sincere greetings to you.

Annex. fs (1 Annex)
vco

[Signature]
HORACIO A. BASABE
Ambassador
Director of International Legal Counsel





## Judicial Branch of the Nation
## CIVIL COURT 19

[Handwritten: 6]

.78577 /2013

CARNEY JOHN J. C/ MONTELLI TORRES PIERO ENIQUE s/ LETTER ROGATORY

Buenos Aires, September [Handwritten: 30] 2013.- ISB fs..

**FILES AND HEARINGS:** Received.

With respect to that which results from the evidence in fs 5, submit the files to the Honorable Federal Commercial Court of Appeals, for the purpose of the court's drawing and subsequent adjudication. This document serves as a timely notice of remission.-

[Signature]
PABLO TRIPOLI
JUDGE

**JUDICIAL BRANCH OF THE NATION**

105300/13 - CARNEY. JOHN J. C/ MONTELLI TORRES PIERO ENRIQUE. S/ LETTER ROGATORY

Court    11 – Clerk of Court No. SEC21

Buenos Aires, October 8, 2013.a.b.

1. Received

2. Without prejudice to the jurisdiction of the Court, expedite the present rogatory.

3. Notify Mr. Montelli Torres Piero Enrique of this rogatory by way of the Clerk of Court, at the address of Av. Figueroa Alcorta 3351 loft 7 Floor PB.

In virtue of that established in Resolution No. 3909/10 issued by the Nation's Honorable Supreme Court of Justice, retain the copies of the transfer in the Clerk of Court's files and leave record in the text of the document ordered above, so they may be removed by the defendant in the terms of the referenced resolution

4. Once complete, return the proceedings to the original Court. **[Handwritten: (illegible): "notification" valid.-]**

[Signature]
**FERNANDO I. SARAVIA**
**JUDGE**

NOTE: On this date the claim was reserved under file no. 105300 (G). In witness whereof

[Signature]
**JIMENA DIAZ CORDERO**
**CLERK OF COURT**

[Translator's Note: Entire page handwritten]

License
(illegible)

On the date of October 22, 2013, I, Piero Enrique Montelli Torres with National ID Card No. 94665688, declare to have removed the copy of the claim from the court in CT, USA, all is without prejudice of the jurisdiction of such court over my person.

[Signature]
Piero Montelli

Signature]
**JIMENA DIAZ CORDERO**
**CLERK OF COURT**

[Handwritten: 8]

## JUDICIAL BRANCH OF THE NATION

Date: October 10, 2013
Actions of the following nature were generated: LICENSE
Of the following actions:

      JNM11 E21 105300/ 13 (LICENSE 112393/ 13)- MONTELLI TORRES PIERO ENRIQUE
      CARNEY JOHN J. C/ MONTELLI TORRES PIERO ENRIQUE S/ LETTER ROGATORY


[Signature]
**MALVA GRACIELA RODRIGUEZ**
**ASSISTANT ADMINISTRATIVE SECRETARY**

[Handwritten: 9]

|||/////!///!/!/!/!/!!/!/!!
000108099241

# JUDICIAL BRANCH OF THE NATION

**CO** **JUDICIAL BRANCH OF THE NATION**

**Court: National Commercial Court of First Instance No. 11**
**Av. Callao 635 Floor 5 – Federal Capital**

**CERTIFICATE OF NOTIFICATION**

NOTIFICATION RECPTION DATE:

Mr. MONTELLI TORRES PIERO ENRIQUE
   **[STAMP: OCT 15 2013]**   **[STAMP: SEAL OF COURT NO. 11 (ILLEGBLE)]**
**Domicile**: FIGUEROA ALCORTE JOSE 3351 LOFT 7 FLOOR PB

Type of Domicile: DEFENDANT

COURT SEAL

Nature: NORMAL
   (urgent, notify on the date, daytime availability, and non-working hours)

Special Observations:

|| |||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||f|||||||||
112393

| Order No. | File No. | Zone | Court | Courtroom | Clerk of Court | Copies | Personnel | Observations |
|---|---|---|---|---|---|---|---|---|
| 1 | E21 105300/ 13 | 167 | COM | 11 | 21 | NO | NO | |

Res. ☐                                                                Negative Notification: ☐

I hereby notify you that in the file labeled "CARNEY JOHN J. C/ MONTELLI TORRES PIERO ENRIQUE S/ LETTER ROGATORY" that is being processed by this Court has issued the following resolution: Buenos Aires, October 8, 2013 a.b. 1. Received    2. Without prejudice to the jurisdiction of the Court, expedite the present rogatory.    3. Notify Mr. Montelli Torres Piero Enrique of this rogatory by way of the Clerk of Court, at the address of Av. Figueroa Alcorta 3351 loft 7 Floor PB. In virtue of that established in Resolution No. 3909/10 issued by the Nation's Honorable Supreme Court of Justice, retain the copies of the transfer in the Clerk of Court's files and leave record in the text of the document ordered above, so they may be removed by the defendant in the terms of the referenced resolution.    4. Once complete, return the proceedings to the original Court. FERNANDO I. SARAVIA      JUDGE'S NOTE: On this date the claim was reserved under file no. 105300 (G). In witness whereof   JIMENA DIAZ CORDERO   CLERK OF COURT Signed: FERNANDO SARAVIA (JUDGE).-

**YOU ARE HEREBY NOTIFIED**
**Buenos Aires, 10/10/2013**

[Signature]

**MALVA GRACIELA RODRIGUEZ**

**ASSISTANT ADMINISTRATIVE SECRETARY**

[Stamp: MALVA GRACIELA RODRIGUEZ
ASSISTANT ADMINISTRATIVE SECRETARY]

Honorable Judge:

On [Stamp: OCT 15 2013] at [Handwritten: 16$^{30}$] hours. It is [illegible] to the indicated domicile requiring the presence of the interested party and responding in my calls [illegible] Clerk of Court declared that such [illegible] proceed to notify him, making [illegible] in duplicate in accordance with the one presented [illegible] which was read beforehand and received by [illegible] considered unnecessary.

[Illegible]

[Illegible Signature]                                          [Signature]
                                                                                   Luis M. Idoyaga Molina
                                                                                   NOTIFYING OFFICIAL

# JUDICIAL BRANCH OF THE NATION

[Handwritten: 10]

**E21 105300/13 "CARNEY JOHN J. C/ MONTELLI TORRES PIERO ENRIQUE S/ LETTER ROGATORY"**

COURT NO. 11, CLERK OF COURT NO. SEC21

Buenos Aires, October 24, 2013. m.-

Timely records and status of this rogatory, to be remitted to the Ministry of Foreign Relations and Religious Affairs for the purposes thereof. This document serves as a timely notification of its submission.-

[Signature]

**FERNANDO I. SARAVIA**

**JUDGE**

On October [Handwritten: 29], 2013, I remit the present letter rogatory to the Ministry of Relations and Religious Affairs, as was previously ordered. In witness whereof.-

[Signature]

**MALVA GRACIELA RODRIGUEZ**

**ASSISTANT ADMINISTRATIVE SECRETARY**

[Handwritten: NOI: 5340 / 2013]

[Handwritten: APPROVED]

[STAMP: MINISTRY OF FOREIGN RELATIONS, INTERNATIONAL TRADE AND RELIGIOUS AFFAIRS

DAJIN

OCT 31 2013

DEPARTMENT OF INTERNATIONAL LEGAL COUNSEL

[ILLEGIBLE] [Handwritten: 2647 / 2013]

 

Merrill Communications LLC

225 Varick Street
New York, NY 10014 • (212) 620-5600

State of New York )
) ss:
County of Kings )

### Certificate of Accuracy

This is to certify that the attached:

**201312031200**

originally written in the Spanish language is, to the best of our knowledge and belief, a true, accurate and complete translation into the English language.

Dated: December 5, 2013

Violeta Lejtman
Team Lead, Legal Translations
Merrill Brink International

Sworn to and signed before me, this 5th day of December 2013

Notary Public

ROBERT J. MAZZA
Notary Public, State of New York
No. 01MA5057911
Qualified in Kings County
Commission Expires April 1, 2014

OFFICES IN MAJOR CITIES THROUGHOUT THE WORLD