UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR HIGHVIEW POINT PARTNERS, LLC, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> PIERO ENRIQUE MONTELLI TORRES, INVERPLUS SOCIEDAD DE CORRETAJE DE TITULOS VALORES, C.A., IVP OVERSEAS LTD., ROMEO MIKAEL MOUAWAD MOUAWAD, JESPA MAWAD DE MOUAWAD, TANIA MOUAWAD MAWAD, MIGUEL ANTONIO MOUAWAD MAWAD, HORION INVESTMENT LTD., GRIMSEL GROUP LTD., and M. HOLDING S.A., <br><br> Defendants. | Case No. 3:13-CV-00660-SRU <br><br><br><br><br><br><br><br><br><br> May 5, 2014 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that John J. Carney, Esq. (the "Receiver"), as Receiver to the Highview Point Partners LLC and certain affiliated entities in *Securities and Exchange Commission v. Illarramendi*, *Michael Kenwood Capital Management, LLC et al.*, C.A., No. 3:11-cv-00078 (JBA), by and through his counsel Baker & Hostetler LLP, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("Rule 41 (a)(1)(A)(i)"), hereby dismisses, with prejudice, Piero Enrique Montelli Torres, Inverplus Sociedad De Corretaje De Titulos Valores, C.A. and IVP Overseas Ltd. (collectively, the "Montelli Defendants") from the above-captioned action. FED. R. CIV. P. 41(a)(1)(A)(i). Pursuant to Rule 41(a)(1)(A)(i), the Receiver is permitted to voluntarily dismiss the Montelli Defendants from this action without further order of the court by filing this Notice of Dismissal. As of the date hereof, none of the Montelli

Defendants has served either an answer or a motion for summary judgment. This notice of dismissal is without effect as to the remaining defendants and the continuation of the action against them.

Date: May 5, 2014 /s/ Ona T. Wang
Ona T. Wang
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Email: owang@bakerlaw.com

*Attorneys for Receiver John J. Carney, Esq.*