UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOHN J. CARNEY, IN HIS CAPACITY AS COURT-APPOINTED RECEIVER, FOR MICHAEL KENWOOD GROUP, LLC; ET. AL,<br><br>Plaintiff,<br><br>v.<br><br>PIERO ENRIQUE MONTELLI TORRES, ET. AL.,<br><br>Defendants. | Case No. 13-cv-00660-SRU |

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2014, a copy of *Notice of Voluntary Dismissal with Prejudice* by John J. Carney, in his capacity as Receiver, was filed electronically and served by email on any previously served parties unable to accept electronic filing. Notice of this filing was sent by email to all by operation of the Court's electric filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ Ona T. Wang
Ona T. Wang (CT 27836)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
owang@bakerlaw.com
Tel: (212) 589-4200
Fax: (212) 589-4201
*Attorneys for Receiver John J. Carney*